# Exhibit 1



| Receipt Number<br>IOE9313638082 | | Case Type<br>I130 - PETITION FOR ALIEN RELATIVE | |
|---|---|---|---|
| Received Date<br>11/14/2023 | Priority Date<br>11/14/2023 | Petitioner<br>HAYWOOD, MARY LEWIS FRY | |
| Notice Date<br>11/14/2023 | Page<br>1 of 1 | Beneficiary<br>LUKAS, MARTIN | |

| HAYWOOD, MARY LEWIS FRY<br>EICHENDORFFSTRASSE 28<br>BEBRA HESSEN   36179<br>Germany | **Notice Type:** Receipt Notice<br>Amount received: $535.00 U.S.<br>Section: Husband or wife of U.S Citizen, 201(b) INA |
|---|---|

This notice confirms that USCIS received your application or petition ("this case") as shown above.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing time** - Processing times vary by form type.
- Visit www.uscis.gov/processingtimes to see the current processing times by form type and field office or service center.
- If you do not receive an initial decision or update within our current processing time, you can try our online tools available at www.uscis.gov/tools or ask about your case online at www.uscis.gov/e-request.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process I-130 forms until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes I-130 forms in time not to delay relatives' ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**If your address changes** - If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

**Return of Original Documents** - Use Form G-884, Request for the Return of Original Documents, to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** The information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Nebraska Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521



**USCIS Contact Center: www.uscis.gov/contactcenter**

# Exhibit 2

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

## ⓘ Alert

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. ** We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form ***

[ I-130 | Petition for Alien Relative ⌄ ]

**Form Category ***

[ U.S. citizen filing for a spouse, parent, or child under 21 ⌄ ]

**Field Office or Service Center ***

[ Service Center Operations (SCOPS) ⌄ ]

**Get processing time**

# Processing time for Petition for Alien Relative (I-130) at Service Center Operations (SCOPS)

| 80% of cases are completed within |
|---|
| **17** Months |

Sign in or create (https://my.uscis.gov/account) a new account to see your estimated case timeline.

## ⓘ Notes

USCIS posts one processing time for any Service Center location that processes Form I-130 Petition for Alien Relative, specifically for Immediate Relative (IR) classification. We keep these requests in an electronic system that allows us generally to assign adjudication-ready cases in the order USCIS receives them, regardless of where the customer is located, where the case is pending, or which service center will adjudicate.

## ⓘ What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## ⓘ When can I ask about my case?

Many routine factors impact how quickly a case is processed. We only allow inquiries for cases that are well outside the processing time listed above.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| mm/dd/yyyy | Get Inquiry Date |

## ⬈ Other case processing times resources

Frequently Asked Questions About Processing Times (./processing-times-faqs)

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

Historical Average Processing Times (./historic-pt)

Parole Processing (https://www.uscis.gov/humanitarian/humanitarian-parole/parole-processing)

## ❓ Case management tools

Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/onpt)

Check your case status (https://my.uscis.gov/account)

Update your mailing address (https://egov.uscis.gov/coa/)

Ask about missing mail (https://egov.uscis.gov/e-request/)

Correct a typographical error (https://egov.uscis.gov/e-request/typo)

Request appointment accommodations (https://egov.uscis.gov/e-request/accom)

### Feedback

**Let us know what you think about our redesigned Processing Times webpage at ProcessingTimesFeedback@uscis.dhs.gov (mailto:ProcessingTimesFeedback@uscis.dhs.gov)          (Please do not submit case-specific inquiries).**