# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |  |
|---|---|---|
| **MARY LEWIS FRY HAYWOOD**<br>**and MARTIN LUKAS** | ) | |
| | ) | Civil Action |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | CASE NO.: 1:25CV879 |
| | ) | |
| | ) | |
| **JOSEPH B. EDLOW,** | ) | |
| Director of U.S. Citizenship | ) | |
| and Immigration Services, | ) | |
| **JOHN M. ALLEN,** Deputy Associate | ) | |
| Director, U.S. Citizenship and Immigration | ) | |
| Services, Service Center Operations | ) | |
| Directorate | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

1

**To the Honorable Judges of this Court:**

COMES NOW, Mary Lewis Fry Haywood and Martin Lukas, Plaintiffs in the above-styled and numbered cause, by and through the undersigned attorney of record, and hereby gives notice of voluntary dismissal of his claims in this case, without prejudice, as to all defendants. In support, Plaintiffs respectfully show the Court as follows:

1. Plaintiffs, through counsel, filed the instant action on August 13, 2025, on behalf of themselves, in order to compel action on the Form I-130, Immigrant Visa Petition for Alien Relative, filed by Plaintiff Haywood for her spouse, Plaintiff Lukas.

2. Defendants have recently approved the Form I-130 at issue, which substantially changes the circumstances of the underlying complaint, and resolves the alleged matters of inaction and delay.

3. As such, Plaintiff will voluntarily dismiss the instant matter.

Respectfully submitted,

This _18th__ day of March, 2026.

**TEDESCO LEGAL, PC**

/s/Anna M. Cushman, Esq.
by: Anna M. Cushman, Esq.
NC Bar No. 44613
Attorney for the Plaintiffs

2

Tedesco Legal, PC
PO Box 242066
Charlotte, NC 28224
Tel.: (980) 999-1253
Fax.: (470) 592-6989
Email: anna@tedescoimmigration.com

3

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

This the _18th__ day of March, 2026.

**TEDESCO LEGAL, PC**

/s/Anna M. Cushman, Esq._____
by: Anna M. Cushman, Esq.
NC Bar No. 44613
Attorney for the Plaintiff

Tedesco Legal, PC
PO Box 242066
Charlotte, NC 28224
Tel.: (980) 999-1253
Fax.: (470) 592-6989
Email: anna@tedescoimmigration.com

4